# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:19CR549 |
| Plaintiff, | : | |
| | : | JUDGE JAMES S. GWIN |
| vs. | : | |
| ERIC S. ANGLE, | : | **MOTION FOR PERMISSION TO TRAVEL** |
| Defendant. | : | |

Defendant, Eric S. Angle, through counsel, moves this Honorable Court for an order temporarily modifying the conditions of his release, permitting him to travel to Chicago, Illinois to visit family for Thanksgiving. Mr. Angle plans to travel from his home in Wexford, Pennsylvania to Chicago, Illinois on November 26, 2019, and return home on December 1, 2019. He has been on bond in this matter since his appearance at arraignment on October 1, 2019. Matthew Anderson, the Pretrial officer supervising Mr. Angle, has indicated that he does not oppose this request.

If granted permission, Mr. Angle will remain in contact with counsel and with Pretrial services, providing updates and information as to the specifics of his travel

For these reasons, Mr. Angle requests that the Court grant this motion.

                                             Respectfully submitted,

                                             STEPHEN C. NEWMAN
                                             Federal Public Defender
                                             Ohio Bar: 0051928

                                             */s/Edward G. Bryan*
                                             EDWARD G. BRYAN
                                             Assistant Federal Public Defender

Ohio Bar: 0055556  
1660 West Second Street, Suite #750  
Cleveland, OH 44113  
(216) 522-4856 Fax: (216)522-4321  
E-mail: edward_bryan@fd.org